ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, DARA SEUN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> DARA SEUN, <br> Defendant. | CASE NO. 1:12-CR-00100 SKO <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference currently scheduled for June 18, 2012, be continued to July 23, 2012 at 1:00 p.m.

This continuance is necessitated for defense to evaluate offer of settlement, for negotiations and for defense investigation.

DATED: June 12, 2012        /s/ Kimberly Sanchez
                            KIMBERLY SANCHEZ
                            Assistant United States Attorney
                            **This was agreed to by Ms. Sanchez via email on June 12, 2012**

DATED: June 12, 2012        /s/ Roger K. Litman
                            ROGER K. LITMAN
                            Attorney for Defendant
                            DARA SEUN

**ORDER**

IT IS SO ORDERED.

**Dated:   June 13, 2012**          /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE

1