1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6
   Attorneys for Plaintiff
7  United States of America

8

9              IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,              CASE NO. 1:12-CR-00100 LJO

13                Plaintiff,               STIPULATION TO EXTEND GOVERNMENT'S
                                           TIME TO FILE A RESPONSE
14           v.

15 DARA SEUN,

16                Defendant.

17

18    IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney

19 and Kimberly A. Sanchez, Assistant U.S. Attorney and Peggy Sasso, attorney for the Defendant, that the

20 deadline for the government's response to the Defendant's Motion pursuant to Title 28, United States Code,

21 Section 2255 be extended for one week resulting in the response now due on or before September 12, 2016

22 being extended to a due date of on or before September 19, 2016.[1]  The government has received multiple

23 similar motions and several are now due on September 12, 2016.[2]  The reason for the request is that the

24 government had planned to complete this response over the weekend of Friday, September 9- Sunday,

25 September 11, 2016.  However, due to electrical testing in the federal building over that weekend, access was

26

---

27   [1] The Court granted a three-week extension sought by the government one time previously.

28   [2] The government will be filing requests to extend time to file in the other cases with responses due on August 22, 2016 as well.

Stipulation                                1

1 prohibited until Sunday evening, and the U.S. Attorney's Office's network was not operational.  As such, the
2 government could not access the files needed to complete its response.

4 Dated: September 12, 2016                        Respectfully submitted,

5                                                                                  PHILLIP A. TALBERT
                                                                                     Acting United States Attorney

7                                                                         By     /s/ Kimberly A. Sanchez
                                                                                     KIMBERLY A. SANCHEZ
8                                                                                   Assistant U.S. Attorney

10 Dated: September 12, 2016                        /s/ Peggy Sasso
                                                                                     PEGGY SASSO
                                                                                     Attorney for Defendant

13 IT IS SO ORDERED.

14 Dated:   **September 12, 2016**                         _/s/ Dale A. Drozd_
15                                                                                  UNITED STATES DISTRICT JUDGE

Stipulation                                           2