Roger K. Litman, #57634
Law Offices of Roger K. Litman
7726 N. First Street #352
Fresno, California  93720
Telephone:  559.237.6000
Email: rogrito@comcast.net

Attorney for Defendant, JERRY W. PFEIFFER

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>v.<br><br>DARA SEUN,<br><br>　　　　Defendant. | CASE NO: 1:12-CR-00100-LJO-SKO<br><br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING<br><br>Date:  March 6, 2017<br>Time:  10:00 AM<br>Courtroom:  LAWRENCE J. O'NEILL |

　　　The parties hereto, by and through their respective attorneys, stipulate that the sentencing hearing in this action be continued from February 27, 2017 to March 6, 2017 at the hour of 8:30 am before the Honorable Lawrence J. O'Neill. The one week continuance is based on the unavailability of defense counsel on the presently calendared sentencing date, due to a family commitment which arose after the current sentencing date was set.

　　　The extension of sentencing is agreeable to Mr. Seun, who is housed at the Lerdo Facility in Kern County.  No prejudice will result from the granting of the requested continuance.

1

| | |
|---|---|
| Dated: February 2, 2017 | */s/*Roger K. Litman<br>Attorney For Defendant<br>JERRY W. PFEIFFER |
| Dated: February 2, 2017 | Phillip Talbert<br>Acting United States Attorney<br>By: */s/* Kimberly Sanchez<br>Approved by email January 31, 2017 |

## ORDER

The court has reviewed and considered the stipulation of the parties and good cause appearing, IT IS ORDERED that the sentencing hearing in this matter be set on March 6, 2017 at 8:30 am.

IT IS SO ORDERED.

Dated:   **February 3, 2017**          /s/ Lawrence J. O'Neill
                                        UNITED STATES CHIEF DISTRICT JUDGE